IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA

vs.  Case No: 5:88cr5040/RV
 5:10cv284/RV/EMT

KUNTA MUWWAKILL,
_____/

# O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated August 4, 2011 (doc. 299). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a de novo determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. The Government's motion to dismiss (doc. 296) is **GRANTED**, and Defendant's amended motion to vacate pursuant to 28 U.S.C. § 2255 (doc. 293), is **DENIED and DISMISSED**, as this court lacks jurisdiction to consider a successive motion absent permission from the Eleventh Circuit.

3. Defendant's alternative motion pursuant to 18 U.S.C. § 3582 (doc. 298) is **DENIED without prejudice** to its refiling when and if Amendment 750 takes effect.

**DONE AND ORDERED** this 20th day of September, 2011.

/s/ *Roger Vinson*
**ROGER VINSON
SENIOR UNITED STATES DISTRICT JUDGE**